

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable E. H. Griffin
County Attorney
Young County
Graham, Texas

Dear Sir:

Opinion No. O-3124
Re: Whether attorney collector
should be paid commission on
$1.00 redemption fee provid-
ed to be paid tax collector
by Article 7331, Revised
Civil Statutes.

In your letter of February 4, 1941, you request
our opinion in response to the following question:

"Should Young County pay an attorney a com-
mission on the $1.00 redemption fee paid to the
Tax Collector of Young County, Texas, under the
provisions of Article 7331, R. C. S., by delin-
quent tax payers, when such attorney has a con-
tract with Young County, Texas, under the pro-
visions of Article 7335, R. C. S., providing
for a compensation of 10% on 'all taxes, penalty,
and interest actually collected.'"

Article 7335, Revised Civil Statutes, authorizes
the Commissioners' Court under certain circumstances to enter
into a contract with an attorney to enforce or assist in
the enforcement of the collection of delinquent state and
county taxes for a per cent of the taxes, penalty and inter-
est actually collected. Among other things, Article 7335a,
Vernon's Annotated Statutes, contains a provision limiting
the commission which may be paid to such an attorney to 15%.
Article 7331, Revised Civil Statutes, reads in part as fol-
lows:

"For calculating and preparing redemption
certificates and receipts, reporting and credit-
ing redemptions, posting Comptroller's redemption

NUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

Honorable E. H. Griffin, Page 2

numbers on the delinquent tax record or annual delinquent list, mailing certificates of redemption to taxpayers after approval by the Comptroller, and for issuing receipts or certificates of redemption for property shown on the annual delinquent list, the tax collector shall be entitled to a fee of one dollar ($1.00) for each correct assessment of land to be sold, said fee to be taxed as costs against the delinquent. Correct assessment as herein used means the inventory of all properties owned by an individual for any one year. Provided, that in no case shall the State or county be liable for said fee. . . ."

It seems clear to us from a reading of Article 7331 that the fee of $1.00 required to be paid to the tax collector for each correct assessment of land to be sold is intended to provide compensation for certain services rendered by that officer. It is in no sense a penalty assessed against the taxpayer for failure to make timely payment of his taxes. It is our opinion that the penalty mentioned in Article 7335, upon which a commission can be paid, is such a penalty as Article 7336, Revised Civil Statutes, provides. Our answer to your question is a negative one.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By _Glenn R. Lewis_

Glenn R. Lewis
Assistant

GRL:LM

_Gerald C. Mann_
2-12-41


APPROVED
OPINION
COMMITTEE
BY _Blob_
CHAIRMAN